UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WWASSERMAN, JURISTA & STOLZ, P.C.
110 Allen Road
Suite 304
Basking Ridge, New Jersey 07920
Phone: (973) 467-2700
Fax: (973) 467-8126
Proposed Counsel for Anupam Dave
DANIEL M. STOLZ, ESQ.

Order Filed on December 22, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ANUPAM DAVE,
              Debtor.

Case Number:     17-34751

Hearing Date:    _____

Judge:           Vinent F. Papalia

Chapter:         11

Recommended Local Form:     ☒ Followed     ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 22, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒ Granted. The deadline to file schedules is extended to ___January 12, 2018___.

☐ Denied.

*Rev. 7/1/04; jml*