| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><small>Caption in Compliance with D.N.J. LBR 9004-2(c)</small><br><br>WWASSERMAN, JURISTA & STOLZ, P.C.<br>110 Allen Road<br>Suite 304<br>Basking Ridge, New Jersey 07920<br>Phone: (973) 467-2700<br>Fax: (973) 467-8126<br>Proposed Counsel for Anupam Dave<br>DANIEL M. STOLZ, ESQ. | **Order Filed on December 22, 2017**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |

| | | |
|---|---|---|
| In Re:<br><br>ANUPAM DAVE,<br><br>                    Debtor. | Case Number: | 17-34751 |
| | Hearing Date: | |
| | Judge: | Vinent F. Papalia |
| | Chapter: | 11 |

|  Recommended Local Form:  ☒ Followed    ☐ Modified  |
|---|

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 22, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒ Granted. The deadline to file schedules is extended to ____January 12, 2018____.

☐ Denied.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Anupam Dave  
       Debtor

Case No. 17-34751-VFP  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Dec 26, 2017  
                             Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2017.  
db         +Anupam Dave,   9 Roberts Drive,   Mountain Lakes, NJ 07046-1510

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2017                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2017 at the address(es) listed below:  
        Daniel Stolz   on behalf of Debtor Anupam Dave dstolz@wjslaw.com,  
        dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com  
        Donald W Clarke   on behalf of Defendant Anupam Dave dclarke@wjslaw.com,  
        dclarke@ecf.inforuptcy.com  
        Donald W Clarke   on behalf of Debtor Anupam Dave dclarke@wjslaw.com,  dclarke@ecf.inforuptcy.com  
        Fran B. Steele   on behalf of U.S. Trustee   U.S. Trustee Fran.B.Steele@usdoj.gov  
        Rebecca Ann Solarz   on behalf of Creditor   KEYBANK, N.A., SUCCESSOR BY MERGER TO FIRST NIAGARA BANK, N.A., SUCCESSOR BY MERGER TO NEW ALLIANCE BANK FKA THE NEW HAVEN SAVINGS BANK rsolarz@kmllawgroup.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                    TOTAL: 6