UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WASSERMAN, JURISTA & STOLZ, P.C.
110 Allen Road
Suite 304
Basking Ridge, New Jersey 07920
Phone: (973) 467-2700
Fax: (973) 467-8126
Proposed Counsel for Anupam Dave
STEVEN Z. JURISTA, ESQ.
DONALD W. CLARKE, ESQ.

Order Filed on January 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ANUPAM DAVE,

            Debtor-in-Possession.

Case No.:     17-34751

Chapter:     11

Judge:     _____

## ORDER AUTHORIZING RETENTION OF

WASSERMAN, JURISTA & STOLZ, P.C.

The relief set forth on the following page is **ORDERED**.

**DATED: January 9, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the applicant's request for authorization to retain ___Wasserman, Jurista & Stolz, P.C.___
as ___Counsel to the Debtor___, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 110 Allen Road
   Suite 304
   Basking Ridge, NJ  07920

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*