UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  ANUPAM DAVE

Case No.: 17-34751
Chapter: 11
Judge: Vincent F. Papalia

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

ANUPAM DAVE, the Debtor, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| Address of the Clerk: | United States Bankruptcy Court, District of New Jersey<br>Martin Luther King, Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on 4/3/2018 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 3B, 50 Walnut Street, Newark, NJ 07102 (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

| Nature of action: | Jayant Shah and Rupa Shah filed a Summary Judgment in Lieu of a Complaint against the Debtor, his wife (Sonal Dave), 1st Hospitality, Alliance, and Vibgyor, in the Supreme Court of the State of New York, on multiple promissory notes. The litigation demands approximately $700k in damages. |
|---|---|
| Pertinent terms of settlement: | The Debtor and 1st Hospitality shall pay $275,000.00) over seven (7) years. The Debtor shall file a Confession of Judgment for the settlement amount, plus other costs, as security. All parties shall be released upon payment of the settlement amount. |

Objections must be served on, and requests for additional information directed to:

Name: Donald W. Clarke, Esq., Wasserman, Jurista & Stolz, PC,

Address: 110 Allen Rd., Ste. 304, Basking Ridge, New Jersey 07920

Telephone No.: 862-221-1714

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Anupam Dave  
    Debtor

Case No. 17-34751-VFP  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                  Page 1 of 2                  Date Rcvd: Mar 08, 2018
                           Form ID: pdf905              Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2018.
```
db             +Anupam Dave,   9 Roberts Drive,    Mountain Lakes, NJ 07046-1510
aty            +WASSERMAN, JURISTA & STOLZ, P.C.,    110 Allen Road,    Suite 304,
                 Basking Ridge,, NJ 07920-4500
517220022     ++BUSINESS LENDERS LLC,    WORKOUT DEPARTMENT,    225 ASYLUM STREET 16TH FLOOR,
                 HARTFORD CT 06103-1534
               (address filed with court: Business Lenders,    50 State House Square,   Hartford, CT 06103)
517220021      +Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
517220024      +First Niagara Bank, N.A.,    c/o KML Law Group, P.C.,    216 Haddon Ave., Suite 406,
                 Westmont, NJ 08108-2812
517220025      +Forward Financing,    36 Bromfield Street,    2nd Floor,   Boston, MA 02108-5221
517220028      +Jayant Shah,    28 Philip Drive,    Parsippany, NJ 07054-4398
517220029      +SLS,   8742 Lucent Blvd,    Suite 300,    Highlands Ranch, CO 80129-2386
517220030       Unity Bank,    64 Old Highway 22,    Clinton, NJ 08809-1386
517270462      +WELLS FARGO BANK SMALL BUSINESS LENDING DIVISION,    P.O. Box 29482,    Phoenix, AZ 85038-8650,
                 Telephone number: (888) 715-4315,    BDBKInquiry@wellsfargo.com 85038-9482
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: cio.bncmail@irs.gov Mar 08 2018 23:24:11     Dist Dir of IRS,
                 Insolvency Function,    PO Box 724,    Springfield, NJ   07081-0724
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 08 2018 23:24:40      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 08 2018 23:24:37      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517220023       E-mail/Text: mrdiscen@discover.com Mar 08 2018 23:23:58      Discover Card,    P.O. Box 71084,
                 Charlotte, NC 28272-1084
                                                                                              TOTAL: 4
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517235732*     +Department of Treasury,    Internal Revenue Service,    P O Box 7346,
                 Philadelphia, PA 19101-7346
517220027*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,    Special Procedures,
                 955 So. Springfield Avenue,    Springfield, NJ 07081)
517220026*      Internal Revenue Service,    Centralized Insolvency Operation,    PO Box 7346,
                 Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2018                                  Signature: _/s/Joseph Speetjens_

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2018 at the address(es) listed below:
```
              Daniel Stolz    on behalf of Debtor Anupam  Dave dstolz@wjslaw.com,
               dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
              Donald W Clarke    on behalf of Defendant Anupam  Dave dclarke@wjslaw.com,
               dclarke@ecf.inforuptcy.com
              Donald W Clarke    on behalf of Debtor Anupam  Dave dclarke@wjslaw.com,   dclarke@ecf.inforuptcy.com
              Fran B. Steele    on behalf of U.S. Trustee   U.S. Trustee Fran.B.Steele@usdoj.gov
              Rebecca Ann Solarz    on behalf of Creditor    KEYBANK, N.A., SUCCESSOR BY MERGER TO FIRST NIAGARA
               BANK, N.A., SUCCESSOR BY MERGER TO NEW ALLIANCE BANK FKA THE NEW HAVEN SAVINGS BANK
               rsolarz@kmllawgroup.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Mar 08, 2018
                              Form ID: pdf905          Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                           TOTAL: 6