Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−34751−VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Anupam Dave
    9 Roberts Drive
    Mountain Lakes, NJ 07046

Social Security No.:
    xxx−xx−2571

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/3/18 at 10:00 AM

to consider and act upon the following:

*24* − Notice of Proposed Compromise or Settlement of Controversy re: complaint filed in the Supreme Court of New York re promissory notes. Hearing scheduled for 04/03/2018. Filed by Donald W Clarke on behalf of Anupam Dave. Objections due by 03/27/2018. (Clarke, Donald)

*30* − Objection to (related document:24 Notice of Proposed Compromise or Settlement of Controversy re: complaint filed in the Supreme Court of New York re promissory notes. Hearing scheduled for 04/03/2018. Filed by Donald W Clarke on behalf of Anupam Dave. Objections due by 03/27/2018. filed by Debtor Anupam Dave) filed by David Fornal on behalf of Unity Bank. (Attachments: # 1 Certification) (Fornal, David)

Dated: 3/28/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court