Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−34751−VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Anupam Dave
 9 Roberts Drive
 Mountain Lakes, NJ 07046

Social Security No.:
 xxx−xx−2571

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/3/18 at 10:00 AM

to consider and act upon the following:

*24* − Notice of Proposed Compromise or Settlement of Controversy re: complaint filed in the Supreme Court of New York re promissory notes. Hearing scheduled for 04/03/2018. Filed by Donald W Clarke on behalf of Anupam Dave. Objections due by 03/27/2018. (Clarke, Donald)

*30* − Objection to (related document:24 Notice of Proposed Compromise or Settlement of Controversy re: complaint filed in the Supreme Court of New York re promissory notes. Hearing scheduled for 04/03/2018. Filed by Donald W Clarke on behalf of Anupam Dave. Objections due by 03/27/2018. filed by Debtor Anupam Dave) filed by David Fornal on behalf of Unity Bank. (Attachments: # 1 Certification) (Fornal, David)

Dated: 3/28/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-34751-VFP
Anupam Dave                                                           Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Mar 28, 2018
                              Form ID: ntchrgbk        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2018.
db         +Anupam Dave,   9 Roberts Drive,   Mountain Lakes, NJ 07046-1510
aty        +WASSERMAN, JURISTA & STOLZ, P.C.,   110 Allen Road,   Suite 304,
             Basking Ridge,, NJ 07920-4500
cr         +Unity Bank,   c/o David Fornal, Esq,   Maselli Warren, PC,   600 Alexander Rd, Suite 3-4A,
             Princeton, NJ 08540-6018

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2018 at the address(es) listed below:
              Daniel Stolz    on behalf of Debtor Anupam  Dave dstolz@wjslaw.com,
               dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
              David Fornal    on behalf of Creditor    Unity Bank dfornal@maselliwarren.com
              Donald W Clarke    on behalf of Defendant    1st Hospitality LLC dclarke@wjslaw.com,
               dclarke@ecf.inforuptcy.com
              Donald W Clarke    on behalf of Defendant    Alliance Hospitality LLC dclarke@wjslaw.com,
               dclarke@ecf.inforuptcy.com
              Donald W Clarke    on behalf of Defendant Sonal  Dave dclarke@wjslaw.com,
               dclarke@ecf.inforuptcy.com
              Donald W Clarke    on behalf of Defendant Anupam  Dave dclarke@wjslaw.com,
               dclarke@ecf.inforuptcy.com
              Donald W Clarke    on behalf of Debtor Anupam  Dave dclarke@wjslaw.com, dclarke@ecf.inforuptcy.com
              Donald W Clarke    on behalf of Defendant    Vibgyor Gems Corp. dclarke@wjslaw.com,
               dclarke@ecf.inforuptcy.com
              Fran B. Steele    on behalf of U.S. Trustee    U.S. Trustee Fran.B.Steele@usdoj.gov
              Rebecca Ann Solarz    on behalf of Creditor    KEYBANK, N.A., SUCCESSOR BY MERGER TO FIRST NIAGARA
               BANK, N.A., SUCCESSOR BY MERGER TO NEW ALLIANCE BANK FKA THE NEW HAVEN SAVINGS BANK
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 11