UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WASSERMAN, JURISTA & STOLZ, P.C.
110 Allen Road, Suite 304
Basking Ridge, NJ  07920
Phone: (973) 467-2700
Fax: (973) 467-8126
Counsel to Debtor-in-Possession
DONALD W. CLARKE, ESQ.

In Re:

ANUPAM DAVE

Order Filed on May 7, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  __17-34751-VFP__

Hearing Date:  _____

Judge:  __Vincent F. Papalia__

Chapter:  11

Recommended Form:   ☒ Followed     ☐ Modified

# ORDER EXTENDING DEBTOR'S EXCLUSIVE TIME TO FILE A PLAN

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 7, 2018**

_____
**H**onorable Vincent F. Papalia
United States Bankruptcy Judge

Upon the debtors' motion for extension of the exclusive period to file a plan and obtain acceptances; and for good cause shown, it is

ORDERED that the debtor's exclusive period to file a plan of reorganization is extended to _____July 9, 2018_____ and the period for obtaining acceptances is extended until 60 days thereafter. The debtor shall serve this order on all parties who entered an appearance on the motion.

*rev.8/1/15*