Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.: 17−34751−VFP
                              Chapter: 11
                              Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anupam Dave
   9 Roberts Drive
   Mountain Lakes, NJ 07046

Social Security No.:
   xxx−xx−2571

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       8/28/18
Time:      02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Wasserman, Jurista & Stolz, P.C., Debtor's Attorney,

COMMISSION OR FEES
$26,645.00

EXPENSES
$2,463.46

Creditors may be heard before the applications are determined.

     In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: July 31, 2018
JAN:

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-34751-VFP
Anupam Dave                                                             Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jul 31, 2018
                              Form ID: 137             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2018.
db         +Anupam Dave,    9 Roberts Drive,    Mountain Lakes, NJ 07046-1510
aty        +WASSERMAN, JURISTA & STOLZ, P.C.,     110 Allen Road,   Suite 304,
             Basking Ridge,, NJ 07920-4500
cr         +Unity Bank,   c/o David Fornal, Esq,    Maselli Warren, PC,    600 Alexander Rd, Suite 3-4A,
             Princeton, NJ 08540-6018
517220022  ++BUSINESS LENDERS LLC,    WORKOUT DEPARTMENT,    225 ASYLUM STREET 16TH FLOOR,
             HARTFORD CT 06103-1534
             (address filed with court:  Business Lenders,    50 State House Square,    Hartford, CT 06103)
517220021  +Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
517220024  +First Niagara Bank, N.A.,    c/o KML Law Group, P.C.,    216 Haddon Ave., Suite 406,
             Westmont, NJ 08108-2812
517220025  +Forward Financing,    36 Bromfield Street,    2nd Floor,   Boston, MA 02108-5221
517220028  +Jayant Shah,    28 Philip Drive,    Parsippany, NJ 07054-4398
517450506   KeyBank, N.A., et al,    c/o Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
517614255  +Lucas Neumann & Associates, Inc.,    63 Jefferson Avenue,    Westwood, NJ 07675-3634
517220029  +SLS,    8742 Lucent Blvd,    Suite 300,   Highlands Ranch, CO 80129-2386
517220030   Unity Bank,   64 Old Highway 22,    Clinton, NJ 08809-1386
517270462  +WELLS FARGO BANK SMALL BUSINESS LENDING DIVISION,    P.O. Box 29482,    Phoenix, AZ 85038-8650,
             Telephone number: (888) 715-4315,    BDBKInquiry@wellsfargo.com 85038-9482

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: cio.bncmail@irs.gov Aug 01 2018 00:26:23      Dist Dir of IRS,
               Insolvency Function,    PO Box 724,   Springfield, NJ 07081-0724
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 01 2018 00:27:00      U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 01 2018 00:26:57      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517220023      E-mail/Text: mrdiscen@discover.com Aug 01 2018 00:26:07      Discover Card,   P.O. Box 71084,
               Charlotte, NC 28272-1084
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Lucas Neumann & Associates, Inc.,   63 Jefferson Avenue,    Westwood
517235732*    +Department of Treasury,    Internal Revenue Service,   P O Box 7346,
               Philadelphia, PA 19101-7346
517220027*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
               (address filed with court:  Internal Revenue Service,    Special Procedures,
               955 So. Springfield Avenue,   Springfield, NJ 07081)
517220026*     Internal Revenue Service,   Centralized Insolvency Operation,    PO Box 7346,
               Philadelphia, PA 19101-7346
                                                                                     TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jul 31, 2018
                              Form ID: 137             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2018 at the address(es) listed below:

              Charles A. Gruen    on behalf of Creditor    Lucas Neumann & Associates, Inc. cgruen@gruenlaw.com
              Daniel  Stolz    on behalf of Debtor Anupam  Dave dstolz@wjslaw.com,
               dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
              David  Fornal    on behalf of Creditor    Unity Bank dfornal@maselliwarren.com
              Donald W Clarke    on behalf of Defendant Sonal  Dave dclarke@wjslaw.com,
               dclarke@ecf.inforuptcy.com
              Donald W Clarke    on behalf of Defendant Anupam  Dave dclarke@wjslaw.com,
               dclarke@ecf.inforuptcy.com
              Donald W Clarke    on behalf of Debtor Anupam  Dave dclarke@wjslaw.com,   dclarke@ecf.inforuptcy.com
              Donald W Clarke    on behalf of Defendant    Vibgyor Gems Corp. dclarke@wjslaw.com,
               dclarke@ecf.inforuptcy.com
              Donald W Clarke    on behalf of Defendant    1st Hospitality LLC dclarke@wjslaw.com,
               dclarke@ecf.inforuptcy.com
              Donald W Clarke    on behalf of Defendant    Alliance Hospitality LLC dclarke@wjslaw.com,
               dclarke@ecf.inforuptcy.com
              Fran B. Steele    on behalf of U.S. Trustee    U.S. Trustee Fran.B.Steele@usdoj.gov
              Rebecca Ann Solarz    on behalf of Creditor    KEYBANK, N.A., SUCCESSOR BY MERGER TO FIRST NIAGARA
               BANK, N.A., SUCCESSOR BY MERGER TO NEW ALLIANCE BANK FKA THE NEW HAVEN SAVINGS BANK
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 12