UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Wasserman, Jurista & Stolz, P.C.
110 Allen Road, Suite 304
Basking Ridge, NJ  07920
Phone:  973-467-2700
Counsel to Debtor
DANIEL M. STOLZ, ESQ.
DONALD W. CLARKE, ESQ.

Order Filed on August 30, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ANUPAM DAVE,

     Debtor.

Case No.:    17-34751

Hearing Date:    8/28/2018

Judge:    Hon. Vincent F. Papalia

Chapter:    11

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 30, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Wasserman, Jurista & Stolz, P.C. | $26,645.00 | $ 2,463.46 |

*rev.8/1/15*