UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Wasserman, Jurista & Stolz, P.C.
110 Allen Road, Suite 304
Basking Ridge, NJ  07920
Phone:  973-467-2700
Counsel to Debtor
DANIEL M. STOLZ, ESQ.
DONALD W. CLARKE, ESQ.

In Re:

ANUPAM DAVE,

                Debtor.

Order Filed on August 30, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:     17-34751

Hearing Date:     8/28/2018

Judge:     Hon. Vincent F. Papalia

Chapter:     11

### ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 30, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Wasserman, Jurista & Stolz, P.C. | $26,645.00 | $ 2,463.46 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-34751-VFP
Anupam Dave                                                             Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 30, 2018
                    Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2018.
db          +Anupam Dave,    9 Roberts Drive,    Mountain Lakes, NJ 07046-1510
aty         +WASSERMAN, JURISTA & STOLZ, P.C.,    110 Allen Road,    Suite 304,
              Basking Ridge,, NJ 07920-4500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2018 at the address(es) listed below:
      Charles A. Gruen    on behalf of Creditor    Lucas Neumann & Associates, Inc. cgruen@gruenlaw.com
      Daniel  Stolz    on behalf of Debtor Anupam  Dave dstolz@wjslaw.com,
       dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
      David  Fornal    on behalf of Creditor    Unity Bank dfornal@maselliwarren.com
      Donald W Clarke    on behalf of Defendant    1st Hospitality LLC dclarke@wjslaw.com,
       dclarke@ecf.inforuptcy.com
      Donald W Clarke    on behalf of Defendant    Alliance Hospitality LLC dclarke@wjslaw.com,
       dclarke@ecf.inforuptcy.com
      Donald W Clarke    on behalf of Defendant Sonal  Dave dclarke@wjslaw.com,
       dclarke@ecf.inforuptcy.com
      Donald W Clarke    on behalf of Defendant Anupam  Dave dclarke@wjslaw.com,
       dclarke@ecf.inforuptcy.com
      Donald W Clarke    on behalf of Debtor Anupam  Dave dclarke@wjslaw.com, dclarke@ecf.inforuptcy.com
      Donald W Clarke    on behalf of Defendant    Vibgyor Gems Corp. dclarke@wjslaw.com,
       dclarke@ecf.inforuptcy.com
      Fran B. Steele    on behalf of U.S. Trustee    U.S. Trustee Fran.B.Steele@usdoj.gov
      Rebecca Ann Solarz    on behalf of Creditor    KEYBANK, N.A., SUCCESSOR BY MERGER TO FIRST NIAGARA
       BANK, N.A., SUCCESSOR BY MERGER TO NEW ALLIANCE BANK FKA THE NEW HAVEN SAVINGS BANK
       rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                TOTAL: 12