UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Anupam Dave
Debtor (s)

Case No.: _____17-34751-VFP_____

Chapter: _____11_____

Judge: _____Papalia_____

## NOTICE OF FAILURE TO FILE SUPPLEMENTAL
## DOCUMENTS CONCERNING SCHEDULES

TO: ___Donald W Clarke_____

This will confirm that on _____10/2/18_____ the following document(s) was filed by you.

☒    Amendment to Schedule(s) _A/B_____,

☐    Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

☐    Declaration About an Individual Debtor's Schedules (106 Declaration)

☒    An updated Summary of Your Assets and Liabilities and Certain Statistical Information
(106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐    Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐    An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary)
[Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date
of this notice.

Dated: _10/3/18_____              Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-34751-VFP
Anupam Dave                                                               Chapter 11
              Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin           Page 1 of 1          Date Rcvd: Oct 03, 2018
                             Form ID: pdf903        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2018.
db             +Anupam Dave,    9 Roberts Drive,    Mountain Lakes, NJ 07046-1510
aty            +WASSERMAN, JURISTA & STOLZ, P.C.,     110 Allen Road,    Suite 304,
                Basking Ridge,, NJ 07920-4500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2018 at the address(es) listed below:
              Charles A. Gruen    on behalf of Creditor    Lucas Neumann & Associates, Inc. cgruen@gruenlaw.com
              Daniel Stolz    on behalf of Debtor Anupam  Dave dstolz@wjslaw.com,
               dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
              David  Fornal    on behalf of Creditor    Unity Bank dfornal@maselliwarren.com
              Donald W Clarke    on behalf of Creditor    1st Hospitality LLC dclarke@wjslaw.com,
               dclarke@ecf.inforuptcy.com
              Donald W Clarke    on behalf of Defendant    Alliance Hospitality LLC dclarke@wjslaw.com,
               dclarke@ecf.inforuptcy.com
              Donald W Clarke    on behalf of Defendant Sonal  Dave dclarke@wjslaw.com,
               dclarke@ecf.inforuptcy.com
              Donald W Clarke    on behalf of Defendant Anupam  Dave dclarke@wjslaw.com,
               dclarke@ecf.inforuptcy.com
              Donald W Clarke    on behalf of Debtor Anupam  Dave dclarke@wjslaw.com,  dclarke@ecf.inforuptcy.com
              Donald W Clarke    on behalf of Defendant    Vibgyor Gems Corp. dclarke@wjslaw.com,
               dclarke@ecf.inforuptcy.com
              Fran B. Steele    on behalf of U.S. Trustee    U.S. Trustee Fran.B.Steele@usdoj.gov
              Rebecca Ann Solarz    on behalf of Creditor    KEYBANK, N.A., SUCCESSOR BY MERGER TO FIRST NIAGARA
               BANK, N.A., SUCCESSOR BY MERGER TO NEW ALLIANCE BANK FKA THE NEW HAVEN SAVINGS BANK
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                             TOTAL: 12