UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WASSERMAN, JURISTA & STOLZ, P.C.
110 Allen Road, Suite 304
Basking Ridge, NJ  07920
Phone: (973) 467-2700
Fax: (973) 467-8126
Counsel to Debtor-in-Possession
DONALD W. CLARKE, ESQ.

**Order Filed on October 3, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ANUPAM DAVE,

                Debtor.

Case No.:    17-34751

Chapter:     11

Judge:    Vincent F. Papalia

---

### ORDER SHORTENING TIME PERIOD FOR NOTICE,
### SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: October 3, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

After review of the application of __Donald W. Clarke, counsel for the debtor,__ for the reduction of time for a hearing on __the debtor's motion to dismiss this case__ _____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __October 16, 2018__ at __10:00am__ in the United States Bankruptcy Court, __50 Walnut Street, Newark, NJ 07102__, Courtroom No. __3B__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: All secured creditors and their counsel, if known;

by ☒ each, ☐ any of the following methods selected by the Court:
*(if available)
☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: The US Trustee's Office; all unsecured creditors and their counsel if known; Wells Fargo and/or its counsel; 1st Hospitality or its counsel; any party that filed a Notice of Appearance in thi case

by ☐ each, ☒ any of the following methods selected by the Court:
*(if known)
☐ fax, ☐ overnight mail, ☒ regular mail, ☒ email, ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within __1__ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☒  must be filed with the Court and served on all parties in interest by electronic or overnight mail ~~_____ day(s) prior to the scheduled hearing; or~~ by October 12, 2018;

☐  may be presented orally at the hearing.

8.   ☒  Court appearances are required to prosecute the motion/application and any objections.

☒  Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Anupam Dave  
    Debtor

Case No. 17-34751-VFP  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Oct 03, 2018  
                 Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2018.
```
db             +Anupam Dave,    9 Roberts Drive,    Mountain Lakes, NJ 07046-1510
aty            +WASSERMAN, JURISTA & STOLZ, P.C.,    110 Allen Road,    Suite 304,
                 Basking Ridge,, NJ 07920-4500
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2018 at the address(es) listed below:
```
              Charles A. Gruen    on behalf of Creditor    Lucas Neumann & Associates, Inc. cgruen@gruenlaw.com
              Daniel  Stolz     on behalf of Debtor Anupam  Dave dstolz@wjslaw.com,
               dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
              David  Fornal    on behalf of Creditor    Unity Bank dfornal@maselliwarren.com
              Donald W Clarke    on behalf of Defendant    1st Hospitality LLC dclarke@wjslaw.com,
               dclarke@ecf.inforuptcy.com
              Donald W Clarke    on behalf of Defendant    Alliance Hospitality LLC dclarke@wjslaw.com,
               dclarke@ecf.inforuptcy.com
              Donald W Clarke    on behalf of Defendant Sonal  Dave dclarke@wjslaw.com,
               dclarke@ecf.inforuptcy.com
              Donald W Clarke    on behalf of Defendant Anupam  Dave dclarke@wjslaw.com,
               dclarke@ecf.inforuptcy.com
              Donald W Clarke    on behalf of Debtor Anupam  Dave dclarke@wjslaw.com,  dclarke@ecf.inforuptcy.com
              Donald W Clarke    on behalf of Defendant    Vibgyor Gems Corp. dclarke@wjslaw.com,
               dclarke@ecf.inforuptcy.com
              Fran B. Steele    on behalf of U.S. Trustee    U.S. Trustee Fran.B.Steele@usdoj.gov
              Rebecca Ann Solarz    on behalf of Creditor    KEYBANK, N.A., SUCCESSOR BY MERGER TO FIRST NIAGARA
               BANK, N.A., SUCCESSOR BY MERGER TO NEW ALLIANCE BANK FKA THE NEW HAVEN SAVINGS BANK
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 12
```