Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−34751−VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anupam Dave
   9 Roberts Drive
   Mountain Lakes, NJ 07046

Social Security No.:
   xxx−xx−2571

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/23/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 24, 2018
JAN: jf

Jeanne Naughton
Clerk

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                  Case No. 17-34751-VFP
Anupam Dave                                                             Chapter 11
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                   Page 1 of 2          Date Rcvd: Oct 24, 2018
                              Form ID: 148                  Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2018.
db             +Anupam Dave,    9 Roberts Drive,    Mountain Lakes, NJ 07046-1510
aty            +WASSERMAN, JURISTA & STOLZ, P.C.,    110 Allen Road,    Suite 304,
                 Basking Ridge,, NJ 07920-4500
cr             +Unity Bank,    c/o David Fornal, Esq,    Maselli Warren, PC,    600 Alexander Rd, Suite 3-4A,
                 Princeton, NJ 08540-6018
517220022     ++BUSINESS LENDERS LLC,    WORKOUT DEPARTMENT,    225 ASYLUM STREET 16TH FLOOR,
                 HARTFORD CT 06103-1534
               (address filed with court:   Business Lenders,     50 State House Square,    Hartford, CT 06103)
517220024      +First Niagara Bank, N.A.,    c/o KML Law Group, P.C.,     216 Haddon Ave., Suite 406,
                 Westmont, NJ 08108-2812
517220025     #+Forward Financing,    36 Bromfield Street,    2nd Floor,    Boston, MA 02108-5273
517220028      +Jayant Shah,    28 Philip Drive,    Parsippany, NJ 07054-4398
517614255      +Lucas Neumann & Associates, Inc.,    63 Jefferson Avenue,    Westwood, NJ 07675-3634
517220029      +SLS,    8742 Lucent Blvd,    Suite 300,   Highlands Ranch, CO 80129-2386
517220030       Unity Bank,    64 Old Highway 22,    Clinton, NJ 08809-1386
517270462      +WELLS FARGO BANK SMALL BUSINESS LENDING DIVISION,     P.O. Box 29482,    Phoenix, AZ 85038-8650,
                 Telephone number: (888) 715-4315,    BDBKInquiry@wellsfargo.com 85038-9482

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             EDI: IRS.COM Oct 25 2018 03:53:00     Dist Dir of IRS,    Insolvency Function,    PO Box 724,
                 Springfield, NJ   07081-0724
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 25 2018 00:26:02      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 25 2018 00:25:59      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517220021      +EDI: BANKAMER.COM Oct 25 2018 03:53:00     Bank of America,    PO Box 31785,
                 Tampa, FL 33631-3785
517220023       EDI: DISCOVER.COM Oct 25 2018 03:53:00     Discover Card,    P.O. Box 71084,
                 Charlotte, NC 28272-1084
517450506       EDI: BANKAMER.COM Oct 25 2018 03:53:00     KeyBank, N.A., et al,    c/o Bank of America,
                 PO Box 31785,    Tampa, FL 33631-3785
                                                                                                TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Lucas Neumann & Associates, Inc.,    63 Jefferson Avenue,    Westwood
517235732*     +Department of Treasury,    Internal Revenue Service,    P O Box 7346,
                 Philadelphia, PA 19101-7346
517220027*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service,    Special Procedures,
                 955 So. Springfield Avenue,    Springfield, NJ 07081)
517220026*      Internal Revenue Service,    Centralized Insolvency Operation,    PO Box 7346,
                 Philadelphia, PA 19101-7346
                                                                                   TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2          Date Rcvd: Oct 24, 2018
                              Form ID: 148             Total Noticed: 17
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2018 at the address(es) listed below:
          Charles A. Gruen     on behalf of Creditor    Lucas Neumann & Associates, Inc. cgruen@gruenlaw.com
          Daniel  Stolz    on behalf of Debtor Anupam  Dave dstolz@wjslaw.com,
           dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
          David  Fornal    on behalf of Creditor    Unity Bank dfornal@maselliwarren.com
          Donald W Clarke    on behalf of Defendant Sonal  Dave dclarke@wjslaw.com,
           dclarke@ecf.inforuptcy.com
          Donald W Clarke    on behalf of Defendant Anupam  Dave dclarke@wjslaw.com,
           dclarke@ecf.inforuptcy.com
          Donald W Clarke    on behalf of Debtor Anupam  Dave dclarke@wjslaw.com,  dclarke@ecf.inforuptcy.com
          Donald W Clarke    on behalf of Defendant    Vibgyor Gems Corp. dclarke@wjslaw.com,
           dclarke@ecf.inforuptcy.com
          Donald W Clarke    on behalf of Defendant    1st Hospitality LLC dclarke@wjslaw.com,
           dclarke@ecf.inforuptcy.com
          Donald W Clarke    on behalf of Defendant    Alliance Hospitality LLC dclarke@wjslaw.com,
           dclarke@ecf.inforuptcy.com
          Fran B. Steele     on behalf of U.S. Trustee    U.S. Trustee Fran.B.Steele@usdoj.gov
          Rebecca Ann Solarz     on behalf of Creditor    KEYBANK, N.A., SUCCESSOR BY MERGER TO FIRST NIAGARA
           BANK, N.A., SUCCESSOR BY MERGER TO NEW ALLIANCE BANK FKA THE NEW HAVEN SAVINGS BANK
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 12
```