| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY **Caption in Compliance with D.N.J. LBR 9004-1(b)** WASSERMAN, JURISTA & STOLZ, P.C. 110 Allen Road, Suite 304 Basking Ridge, NJ  07920 Phone: (973) 467-2700 Fax: (973) 467-8126 Counsel to Debtor-in-Possession DONALD W. CLARKE, ESQ. | |
| In Re: ANUPAM DAVE | **Order Filed on October 23, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey** Case No.: 17-34751-VFP Hearing Date: Judge: Vincent F. Papalia Chapter: 11 |

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 23, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the motion of _____Anupam Dave, the Debtor,_____ and for good cause shown, it is

ORDERED that this case is dismissed and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 7 days of the date of this Order.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this order.

It is further ORDERED, the filing of any and all outstanding monthly operating reports and the payment of any statutory fees due to the US Trustee Program pursuant to 28 USC sec. 1930 through the date of this Order shall be brought current within 14 days of the entry of this Order; the US Trustee reserves all rights, including but not limited to seeking to reopen the case and file a motion to convert the case.

*rev. 6/19/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Anupam Dave  
    Debtor

Case No. 17-34751-VFP  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Oct 24, 2018  
                   Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2018.
```
db             +Anupam Dave,    9 Roberts Drive,    Mountain Lakes, NJ 07046-1510
aty            +WASSERMAN, JURISTA & STOLZ, P.C.,    110 Allen Road,    Suite 304,
                 Basking Ridge,, NJ 07920-4500
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2018            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2018 at the address(es) listed below:
```
              Charles A. Gruen    on behalf of Creditor    Lucas Neumann & Associates, Inc. cgruen@gruenlaw.com
              Daniel  Stolz    on behalf of Debtor Anupam  Dave dstolz@wjslaw.com,
               dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
              David  Fornal    on behalf of Creditor    Unity Bank dfornal@maselliwarren.com
              Donald W Clarke    on behalf of Defendant    1st Hospitality LLC dclarke@wjslaw.com,
               dclarke@ecf.inforuptcy.com
              Donald W Clarke    on behalf of Defendant    Alliance Hospitality LLC dclarke@wjslaw.com,
               dclarke@ecf.inforuptcy.com
              Donald W Clarke    on behalf of Defendant Sonal  Dave dclarke@wjslaw.com,
               dclarke@ecf.inforuptcy.com
              Donald W Clarke    on behalf of Defendant Anupam  Dave dclarke@wjslaw.com,
               dclarke@ecf.inforuptcy.com
              Donald W Clarke    on behalf of Debtor Anupam  Dave dclarke@wjslaw.com,   dclarke@ecf.inforuptcy.com
              Donald W Clarke    on behalf of Defendant    Vibgyor Gems Corp. dclarke@wjslaw.com,
               dclarke@ecf.inforuptcy.com
              Fran B. Steele    on behalf of U.S. Trustee    U.S. Trustee Fran.B.Steele@usdoj.gov
              Rebecca Ann Solarz    on behalf of Creditor    KEYBANK, N.A., SUCCESSOR BY MERGER TO FIRST NIAGARA
               BANK, N.A., SUCCESSOR BY MERGER TO NEW ALLIANCE BANK FKA THE NEW HAVEN SAVINGS BANK
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 12
```